UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22CR00166 SNLJ |
| DANIEL JOSHUA BIRD, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Defendant's Motion to Suppress Evidence [Doc. 45]. On July 14, 2023, United States Magistrate Judge Abbie Crites-Leoni filed a Report and Recommendation [Doc. 75]. On August 15, 2023, Defendant gave notice that he would not be filing written objections to the Report and Recommendation [Doc. 88].

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 75], filed July 14, 2023, be and is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence [Doc. 45] is **DENIED**.

Dated this 16th day of August, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE